# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

TERRY KUEHNER,         :   No. 169 MAL 2016

        Petitioner

                                   :   Petition for Allowance of Appeal from
                                   :   the Order of the Commonwealth Court

        v.

SCI DALLAS, DAVID POPEK; SCI
RETREAT, CHRISTOPHER STOUT; AND
SERVICE CABLE PROVIDER,

        Respondents

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 6th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.